

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2015

No. 04-15-00235-CR

Sabrina Nicole **ANGEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 436067
Honorable Crystal D. Chandler, Judge Presiding

## O R D E R

Appellant's brief was due on July 1, 2015.  *See* TEX. R. APP. P. 38.6(a).  We granted Appellant's first motion for an extension of time to file the brief until July 31, 2015.  On July 30, 2015, Appellant filed an unopposed second motion for an extension of time to file the brief until August 31, 2015, for a total extension of sixty days.

Appellant's motion is GRANTED.  Appellant must file the brief not later than August 31, 2015.  **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, we may abate this appeal and remand it to the trial court for an abandonment hearing.  *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2015.



Keith E. Hottle
Clerk of Court